JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BARNARD MCGAUGHY,
Petitioner,
v.
E. VALENZUELA,
Respondent.

Case No. CV 15-2294 GW (JCG)

**JUDGMENT**

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 2244(b).

DATED: May 4, 2015

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE